**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BRIAN L. PIERCE, | ) | Case No. 4:11-cv-01222-BP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PLAINS COMMERCE BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION AND**
**STAY THE ACTION PENDING COMPLETION OF ARBITRATION**

Defendant Plains Commerce Bank ("PCB"), by and through its undersigned counsel, respectfully submits its Motion to Compel Arbitration and Stay The Action Pending Completion of Arbitration and respectfully requests an Order compelling the parties to participate in arbitration in the above-captioned matter and staying the proceedings in this matter pending the completion of arbitration. Filed contemporaneously herewith is PCB's Suggestions in Support of Motion to Compel Arbitration and Stay The Action Pending Completion of Arbitration.

DATED this 19th day of April, 2012.

PLAINS COMMERCE BANK, Defendant

By: s/ Joshua C. Dickinson
  Joshua C. Dickinson, Bar Number 51446
  Attorneys for Defendant
  Spencer Fane Britt & Browne LLP
  1000 Walnut, Suite 1400
  Kansas City, MO 64106
  Telephone: (816) 474-8100
  Facsimile: (816) 474-3216
  E-mail: jdickinson@spencerfane.com

OM 186533.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri, this 19th day of April, 2012, with notice of case activity generated and sent electronically to all counsel of record.

s/ Joshua C. Dickinson
Attorney for Defendant

OM 186533.1